UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

LORRAINE OUCHIDA,                       Case No.  3:19-cv-01742-AC

          Plaintiff,                      ORDER OF DISMISSAL

v.

ETHICON INC. et al.,

          Defendants.

---

ACOSTA, Magistrate Judge:

       Plaintiff Lorraine Ouchida filed this product liability action on March 4, 2013.  (ECF No. 1.)  On January 3, 2020, Defendants filed a Suggestion of Death stating that Ms. Ouchida died on August 3, 2019.  (ECF No. 51.)  On April 8, 2020, this court ordered Plaintiff to identify a substitution of party by April 17, 2020.  (ECF No. 60.)  On April 20, 2020, after no substitution was identified, Defendant filed an unopposed motion to dismiss pursuant to Rule 25(a)(1).  (ECF No. 61.)  For all these reasons, Defendant's unopposed motion is GRANTED.

       Accordingly, IT IS SO ORDERED that this action is dismissed, without prejudice, pursuant to Rule 25(a)(1).

       IT IS SO ORDERED.

       DATED this 22nd day of April, 2020.

                                                         JOHN V. ACOSTA
                                                         United States Magistrate Judge